## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.                                                                4:06-CV-214-SPM

**THEOCHEM LABORATORIES, INC.;
NATIONWIDE TRANSMISSION; DONALD
RUTLAND; and STATEWIDE ENVIRON-
MENTAL TANK SERVICES,**

    **Defendants.**
_____/

### ORDER EXTENDING TIME FOR DEFENDANT THEOCHEM LABORATORIES TO RESPOND TO COMPLAINT

**THIS CAUSE** comes before the Court upon the "Stipulated Motion for Extension of Time" (doc. 10) filed by defendant Theochem Laboratories June 21, 2006. Defendant requests an extension of time until July 17, 2006 in which to file a responsive pleading to the complaint. Plaintiff consents to the extension. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

    1.    The motion for extension of time (doc. 10) is hereby *granted*.

    2.    Defendant Theochem Laboratories shall file its answer or other responsive

pleading on or before ***July 17, 2006.***

**DONE AND ORDERED** this <u>twenty-ninth</u> day of June, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge