IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.                                                                      4:06-CV-214-SPM

**THEOCHEM LABORATORIES, INC.;
NATIONWIDE TRANSMISSION; DONALD
RUTLAND; and STATEWIDE ENVIRON-
MENTAL TANK SERVICES,**

    **Defendants.**
_____/

**DEFAULT JUDGMENT AGAINST DEFENDANTS
NATIONWIDE TRANSMISSION, DONALD RUTLAND, AND
STATEWIDE ENVIRONMENTAL TANK SERVICES**

    The complaint in the above-entitled action was filed in this Court on May 3d, 2006, and after due service of process on Defendants according to law, no appearance, answer or other defense has been served or filed on behalf of defendants Nationwide Transmission, Donald Rutland, or Statewide Environmental Tank Services.  The Clerk duly entered default as to those defendants on November 15, 2006.

    By reason of this default, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The motions for default judgment (docs. 25 and 34) are hereby

*granted.*

2.  Plaintiff, United States of America, does have and recover of and from defendants Nationwide Transmission, Donald Rutland, and Statewide Environmental Tank Services, jointly and severally, the sum of **$1,529,680.79**, which represents the following:

    a.  $1,142,852.10 in unreimbursed costs;

    b.  $284,420.69 in enforcement costs;

    c.  $101,821.54 in prejudgment interest[1];

    d.  $236.46 in United States Marshal's Service fees[2]; and

    e.  $ 350.00 costs of court as allowed by 28 U.S.C. § 2412(a)(2).

3.  The sum of **$1,529,680.79** shall bear interest from the date of entry of default judgment pursuant to 28 U.S.C. § 1961, to be computed daily and compounded annually until paid in full.

**DONE AND ORDERED** this eighth day of May, 2007.

_s/ Stephan P. Mickle_
Stephan P. Mickle
United States District Judge

---

[1] At an interest rate of 1.27% for fiscal year 2004; 2.21% for FY 2005; 4.11% for FY 2006; and 5.02% for FY 2007, all interest compounded annually.

[2] $55.68 Nationwide; $59.24 Rutland; and $121.54 Statewide Environmental.